UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION.,

                                      Plaintiff,

   -against-

MATTHEW JOHN RYAN and
PRIME RATE AND RETURN, LLC,
individually and doing business as
AMERICAN INTEGRITY FINANCIAL CO.,

                                    Defendants.
------------------------------------------------------------------

**Case 01:10-CV-00513-NAM-RFT**

## SECOND REPORT OF RECEIVER PAUL A. LEVINE, ESQ.

Receiver Paul A. Levine, Esq. (the "Receiver"), through his attorneys Lemery Greisler LLC, pursuant to the Court's May 3, 2010 Order to Show Cause, Temporary Restraining Order and Order Freezing Assets and Granting Other Relief, and the Court's Stipulation and Consent Order Imposing Preliminary Injunction and other relief against Defendants entered June 7, 2010, respectfully reports as follows:

1.    The Receiver submits this report to update his Preliminary Report of Receiver filed on June 17, 2010. Familiarity with the Receiver's Report is assumed.

2.    Since the date of the Receiver's Preliminary Report, Sunrise Management and Consulting of New York, LLC ("Sunrise") has continued to assist the Receiver in managing the many parcels of real estate in his charge. In connection with such service, Sunrise has assisted the Receiver with addressing Code Violations, has handled the departure of certain tenants and the leasing of

premises to new tenants, has dealt with issues concerning large unpaid utility charges incurred under Defendant Ryan's stewardship of the properties, has addressed maintenance issues, has made financial reports to the Receiver and has otherwise managed the properties under the Receiver's supervision keeping the Receiver informed.

3. In addition, the properties, with the exception of certain properties which are subject to installment sale contracts, have been listed for sale with Carrow Real Estate Services.

4. As to the house located in Naples, Florida, the Receiver continues his efforts to settle ongoing mortgage foreclosure litigation with the lienholder. To date, the Receiver has been unsuccessful in obtaining a response to a proposal made by the Receiver.

5. The Receiver has continued to respond to inquiries of mortgage holders and has made Sunrise available to representatives of mortgage holders for inspection of encumbered properties.

6. With regard to his efforts to liquidate personal property, the Trustee auctioned a 2006 Mercedes G500 and a 1997 Mercedes S600 on July 29th. The Receiver estimates that he will net approximately $32,600.00 from the sales.

7. The Receiver continues to investigate methods by which to realize the highest possible value from artwork, antiques and other personal property. The Receiver has contacted several galleries, none of which have expressed great interest in selling the artwork. The Receiver continues to explore other options.

8. With regard to the Receiver's investigation as to the financial affairs and other assets of Prime Rate and Return, LLC and its affiliates, the Receiver has engaged in motion practice before the Magistrate with regard to access by the Receiver to files and other records held by Defendants' pre-receivership attorneys, Bosman & Associates of Albany, New York.  The Receiver expects a ruling from the Magistrate on such matters.

9. The Receiver is also working with interested parties to market and sell 669 River Street, Troy, New York, a property in which Defendants through an affiliate have an ownership interest.

10. The Receiver has continued to respond to inquiries from former investors of Defendants.

WHEREFORE, it is respectfully requested that the Court consider this second report.

Dated:  August 4, 2010

    Respectfully submitted,

    LEMERY GREISLER LLC

    By:    /s/ Paul A. Levine_____
            Paul A. Levine, Esq.
            Northern District of New York
            Bar Code 103578
            50 Beaver Street
            Albany, New York 12207
            (518) 433-8800

F:\wpdata\3082.000\3082.001\Receiver's Second Report.doc