UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION.,

                    Plaintiff,

vs.

MATTHEW JOHN RYAN and
PRIME RATE AND RETURN, LLC,
individually and doing business as
AMERICAN INTEGRITY FINANCIAL CO.,

                    Defendants.

Case 01:10-CV-00513-NAM-RFT

---------------------------------------------------------------------

### Order Granting Application of Receiver Paul A. Levine, Esq.
### for Authority to Pay Current and Future Compensation and Reimburse Expenses to
### Sunrise Management & Consulting

Upon the Notice and Application of Receiver Paul A. Levine, Esq. (the "Receiver"), through his attorneys Lemery Greisler LLC, to the Court for an Order authorizing the Receiver to pay current and future compensation and reimbursement of expenses to Sunrise Management & Consulting ("Sunrise") dated June 21, 2010 (collectively, the "Application"),  this Court's Order of June 13, 2010, setting forth procedures pursuant to which the Receiver shall make fee applications, the Application having been duly served, no party appearing in opposition to the relief requested in the Application, the Court having considered the Application and on the record herein, it is hereby

ORDERED that the Application (Dkt. No. 15) is GRANTED and the Receiver is authorized to compensate Sunrise for the period May 18 to May 31, 2010 in the amount of $2,813.20 and reimburse expenses in the amount of $151.20, with future compensation and reimbursements being permitted in accordance with the parties' agreement.

IT IS SO ORDERED.

Dated: August 26, 2010

_____
Norman A. Mordue
Chief United States District Court Judge