UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION.,

                      Plaintiff,

  -against-                                Case 01:10-CV-00513-NAM-RFT

MATTHEW JOHN RYAN and
PRIME RATE AND RETURN, LLC,
individually and doing business as
AMERICAN INTEGRITY FINANCIAL CO.,

                      Defendants.
-------------------------------------------------------------------

## RECEIVER'S AFFIDAVIT AS TO FINAL ADMINISTRATION

Paul A. Levine, Esq. being duly sworn, deposes and states as follows:

1. I am the Court appointed Receiver in the above-captioned Securities and Exchange Commission Enforcement action.

2. By Memorandum-Decision and Order entered January 14, 2013, the Court authorized final administration of the Receiver's estate.

3. The purpose of this Affidavit is to advise the Court that all final administration has been completed and to request that the Receiver be discharged.

4. The Receiver, as allowed by the Court paid himself one-third of monies then held by the Receiver in the amount of $35,913.85 which amount represented one-third of the monies then held by the Receiver, less $5.00 which was necessary to maintain a balance in the Receiver's bank account. The remaining funds then in the Receiver's possession were turned over to the Securities and Exchange Commission as directed by the Court.

6. The sale of 17 First Street, Troy, New York did, in fact, occur and the Trustee received $50,000.00. From that amount, as ordered, the Receiver has paid over to Bosman and Associates, PLLC $25,000.00. The Receiver also paid himself one-third of $50,000.00 or, $16,666.66. The remaining funds (which included a very small amount which the Receiver received as refund on an account) have been turned over to the Securities and Exchange Commission.

7. The Receiver is not in possession of any further assets of the estate and his bank account, as set forth in Exhibit "A" (redacted bank statement) reflects a zero balance and also reflects the above-described disbursements.

8. The Receiver has diligently pursued his duties in connection with this case and now requests that he be discharged.

9. A proposed Order is submitted herewith.

**WHEREFORE**, it is respectfully requested that the Receiver be discharged and the Court grant such other and further relief as may be deemed just, necessary and proper.

_____
Paul A. Levine, Receiver

Sworn to before me this
11th day of September, 2013.

_____
Notary Public

PATRICIA HARTL
Notary Public, State of New York
Qualified in Albany County
No. 4910271
Commission Expires 11/2/13

2

**EXHIBIT "A"**

# FIRST NIAGARA

## ACCOUNT STATEMENT

**Statement Date:** August 30, 2013
**Primary Account Number:**

**Return Mail Services**
PO Box 1237 South Windsor, CT 06074

AV 01 026200 04824B 95 B**5DGT

PRIME RATE AND RETURN LLC
C/O PAUL LEVINE
50 BEAVER ST STE 2
ALBANY NY 12207-1538

 **Customer Service**
1-800-421-0004

 **Automated Telephone Banking**
1-800-439-8230

 Customer.Service@fnfg.com

**Customer Service - Bank by Mail**
P.O. Box 527
Lockport, NY 14095-0527

See your account activity, pay bills and more...visit First Niagara Online Banking at FirstNiagara.com.

### LIFE CAN SOMETIMES THROW YOU A CURVEBALL...

...and if it does you must be prepared. Be sure that you and your family are well protected. Please stop by your local branch for a complimentary life insurance review with one of our licensed specialists. Providing peace of mind is just another way we "Do Great Things" here at First Niagara!



DO GREAT THINGS. — FIRST NIAGARA Investment Services

INVESTMENTS AND INSURANCE: Are not deposits • Are not FDIC insured • Are not guaranteed by the Bank • May go down in value • Are not insured by any Federal Government Agency

Securities offered through LPL Financial, Member FINRA / SIPC. Insurance products are offered through LPL Financial or its licensed affiliates. First Niagara Bank, N.A. and First Niagara Investment Services are not registered broker/dealers nor are they affiliated with LPL Financial. First Niagara Investment Services does not provide tax advice.

## SUMMARY OF ACCOUNTS

| Account | Account Type | Current Balance ($) | Interest Rate (%) | APY (%) | Interest YTD ($) |
|---|---|---|---|---|---|
|  | BIZ200 Checking | .00 |  |  |  |

## BIZ200 Checking -

Statement from 08/01/13 Through 08/30/13

### Account Summary

| Beginning Balance ($) | + | Deposits ($) | + | Interest Paid ($) | - | Withdrawals ($) | - | Service Charge ($) | = | Ending Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 13.23 |  | 50,000.00 |  | .00 |  | 50,013.23 |  | .00 |  | .00 |

### Account Analysis

| Average Ledger Balance ($) | - | Average Uncollected Balance ($) | = | Average Collected Balance ($) | - | Reserve Requirement Amount ($) | Reserve Requirement Percentage (%) | = | Average Available Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| 24,452.82 |  | 1,666.66 |  | 22,786.16 |  |  |  |  | 22,786.16 |

### Activity Charges

| Service | Volume | Unit Price ($) | Amount ($) |
|---|---|---|---|
| CHECKS DEPOSITED | 100200 98 1 | .00000 | .00 |
| CHECKS PAID | 150100 98 3 | .00000 | .00 |
| DEPOSITS (CREDITS) | 010101 98 1 | .00000 | .00 |
| TRANSACTION CHARGE>200 | 019998 98 5 | .00000 | .00 |
| **Total Activity Charges** |  |  | **.00** |

**Total Service Charges** .00

## BIZ200 Checking - _____ continued)

### Transactions by Date

| Posting Date | Transaction Description | | Debit (-$) | Credit (+$) | Balance ($) |
|---|---|---|---|---|---|
| 08/08 | Deposit | | | 50,000.00 | 50,013.23 |
| 08/20 | Check Num | 1004 | 25,000.00 | | 25,013.23 |
| 08/20 | Check Num | 1006 | 8,346.57 | | 16,666.66 |
| 08/28 | Check Num | 1005 | 16,666.66 | | .00 |

### Checks in Order

| Check Number | Date | Amount ($) |
|---|---|---|
| 1004 | 08/20 | 25,000.00 |

| Check Number | Date | Amount ($) |
|---|---|---|
| 1005 | 08/28 | 16,666.66 |

| Check Number | Date | Amount ($) |
|---|---|---|
| 1006 | 08/20 | 8,346.57 |