UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION.,

                Plaintiff,

-against-                            Case 01:10-CV-00513-NAM-RFT

MATTHEW JOHN RYAN and
PRIME RATE AND RETURN, LLC,
individually and doing business as
AMERICAN INTEGRITY FINANCIAL CO.,

                Defendants.
-------------------------------------------------------------------

## ORDER DISCHARGING RECEIVER

This Court having entered its Memorandum-Decision and Order on January 14, 2013 directing the Receiver to take certain action with respect to funds held by the Receiver and remaining assets of the estate, the Receiver having submitted his Affidavit sworn to the 11th day of September, 2013, the Court having determined that the Receiver has complied with the Court's directives as previously ordered and on the record herein, it is hereby

**ORDERED** that the Receiver is discharged and his receivership is hereby terminated.

Date: October 18, 2013

                                                 Hon. Norman A. Mordue
                                               U.S. District Court Judge